IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01050-MSK-MJW

CAROLE E. JENKINS, et al.,

    Plaintiffs,

v.

THE PROCTER & GAMBLE DISTRIBUTING LLC,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES**
( Docket␣ p o. 34 )

---

THIS MATTER comes before the Court on the Unopposed Motion to Amend Scheduling Order and Extend Deadline for Disclosure of Expert Witnesses, having reviewed the Motion and the file, and being fully advised in the premises;

ORDERS that the Motion is GRANTED. The parties shall have up to and including March 13, 2009 to disclose expert witnesses.

DONE this 24th day of February 2009.

BY THE COURT:

_____
Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

955036.1