IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01050-MSK-MJW

CAROLE E. JENKINS, et al.,

Plaintiff(s),

v.

PROCTOR & GAMBLE,

Defendant(s).

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby **ORDERED** that Defendant's Stipulated Motion to Vacate Settlement Conference [Docket No. **46,** Filed April 6, 2009] is **GRANTED,** and the settlement conference set April 07, 2009 at 1:30 p.m.  is vacated.

It is further **ORDERED** that the parties shall have to and including **April 21, 2009** to file a stipulated motion to dismiss or show cause why this case should not be dismissed on the Court's own action.

Date:   April 07, 2009